FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONICA RAEVEN LINKER,<br><br>　　　　Defendant. | No. 4:19-CR-06002-SAB<br><br>**ORDER GRANTING MOTIONS TO ALTER JUDGMENT** |

　　　Before the Court are the parties' Stipulated Motion to Alter Judgment re: Stipulation Regarding Restitution Award for Series Victim, ECF No. 146, and the United States' Motion to Alter Judgment to Include Forfeiture, ECF No. 147. The motions were considered without oral argument.

　　　The United States moves to alter the judgment in this action to include forfeiture of the assets listed in the Preliminary and Final Orders of Forfeiture, ECF Nos. 104, 149. The parties also move by separate motion to amend the judgment and sentencing documents to reflect a restitution award of $1,500. Good cause being shown, the Court grants both motions. An amended judgment shall be issued forthwith.

//
//
//
//
//
//
//

**ORDER GRANTING MOTIONS TO ALTER JUDGMENT** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Alter Judgment re: Stipulation Regarding Restitution Award for Series Victim, ECF No. 146, is **GRANTED**.

2. The United States' Motion to Alter Judgment to Include Forfeiture, ECF No. 147, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 22nd day of February 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTIONS TO ALTER JUDGMENT *2**