PROB 12C
(6/16)

Report Date: January 17, 2024

# United States District Court

**for the**

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 17, 2024**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Monica Raeven Linker                Case Number: 0980 4:19CR06002–SAB-1

Address of Offender: ███████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 21, 2021

Original Offense:       Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), (b)(1)

Original Sentence:      Prison - 60 Months;            Type of Supervision: Supervised Release
                        TSR - 120 Months

Asst. U.S. Attorney:    David Michael Herzog           Date Supervision Commenced: April 14, 2023

Defense Attorney:       Carter Liam Powers Beggs       Date Supervision Expires: April 13, 2033

## PETITIONING THE COURT

**To issue a WARRANT.**

On April 17, 2023, Ms. Monica Linker signed her conditions relative to case number 4:19CR06002-SAB-1, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct (as defined in 18 U.S.C. § 2256). |
| | **Supporting Evidence**: Ms. Linker is alleged to have violated special condition number 7, by having sought out and viewed computer generated pornographic content based on computer monitoring reports, occurring on both January 16, and 17, 2024. |
| | Specifically, on January 17, 2024, the undersigned officer received a multitude of alert notifications from the client's installed monitoring software, as required by the Court, indicating numerous instances of the client having sought artificial intelligence generated pornographic content, to include content that may depict minors. According to monitoring reports, the client used an application titled ArtSense, an android only application, which is described as the "ultimate AI painting app." The app further describes its ability to utilize artificial intelligence to "transform" thoughts into paintings. Several options of painting |

Prob12C
Re: Linker, Monica Raeven
January 17, 2024
Page 2

styles are offered to the user, in which several result in an extremely life-like end product. Ms. Linker began using the application at approximately 10:26 p.m., on January 16, 2024, and is later observed to have uninstalled the application at 3:01 a.m., on January 17, 2024.

During Ms. Linker's use of the application, she requested that nearly 100 images be created, in response to input criteria of "2white girls, lesbian sex, w/o cloth, wet, small breasts, brown hair, org," "2 white little lesbian girls, small breasts, wet vaginas, orgasm," "white little lesbian girl getting unwanted sex w/o cloth on, horrified face with big dick inside her with white fluid coming out of vagina," "1 little girl, pregnant, forced sex, bound, skirt, no panties, semen in vagina," "2 white very young girls, w/o clothes, fingers rubbing vagina," and "1 naked very young girl, sex," to identify only a small and select few of the creation criteria entries used.

Of particular concern, numerous searches appear to demonstrate a desire to view content depicting forced sex, bondage during pregnancy, and "very young" participants. It is also noted that Ms. Linker often used search terms to include "small", "small girls" and "small breasts," seemingly search criteria that is likely to result in very young participants being shown and in which it seems that the terms could also likely describe minors or children.

On January 17, 2024, Ms. Linker reported to the U.S. Probation Office as directed and did surrender her phone. When confronted as to the concerns as identified herein, Ms. Linker responded that she had downloaded the application in question to recreate an image of herself and her fiancee, but after entering innocuous search criteria, she stated that she was presented with a pornographic image. When confronted about her ongoing inappropriate search criteria, Ms. Linker stated that she had "blacked out" and didn't remember searching for any other inappropriate images. Ms. Linker also indicated that she stayed up crying due to having viewed the pornographic images, and the thought of her fiancee, who she is not able to have contacted with. Ms. Linker stated that she did not report the incident to this officer last night as it was late, and she stated that she forgot to do so this morning. Ms. Linker stated that she deleted the application, as it was the only way to remove the pornographic image from her phone.

Given the client's conduct as outlined, it is the belief of the undersigned officer that a warrant is appropriate.

The U.S. Probation Office respectfully recommends the Court **issue a <u>WARRANT</u>** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 17, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Linker, Monica Raeven
January 17, 2024
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*[Signature]*
Signature of Judicial Officer

1/17/2024
Date