PROB 12C
(6/16)

Report Date: September 5, 2025

# United States District Court

### for the

### Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision   ECF No. 189

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 08, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Monica Raeven Linker | Case Number: 0980 4:19CR06002-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 21, 2021

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), (b)(1) | |
| Original Sentence: | Prison - 60 Months; TSR - 120 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: April 14, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 13, 2033 |

## PETITIONING THE COURT

To issue a **summons**

On April 17, 2023, Ms. Monica Linker, signed her conditions relative to case number 2:19CR06002-SAB-1, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You must not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.<br><br>**Supporting Evidence**: Ms. Linker is alleged to have violated special condition number 15 on or about September 2, and 3, 2025, by temporarily residing at an address in Spokane that exists within 500 feet of an operating early learning center.<br><br>Specifically, on September 3, 2025, the undersigned officer received and reviewed a local police report, in which Ms. Linker's roommate had accused her of theft. During a review of the report, it was observed that the complainant had indicated that both she and Ms. Linker had been staying away from their verified address of record, due to an unhygienic circumstance that had arisen at their apartment. The individual later called back and indicated that her personal effects were being returned to her by Ms. Linker. The undersigned officer conducted an Internet based investigation of the address that had been given to law enforcement, and learned that the address existed immediately next to an early |

Prob12C
**Re: Linker, Monica Raeven**
**September 5, 2025**
**Page 2**

      learning center in Spokane. It should be noted that the undersigned officer had previously directed Ms. Linker on numerous occasions to advise the undersigned officer during each occasion that required her to reside away from her address of record, regardless of duration, so that a suitability review could be conducted by the undersigned officer based on her conditions of supervised release. At no time had Ms. Linker advised the undersigned officer of any need to reside aware from her address of record.

      On September 3, 2025, Ms. Linker was contacted telephonically, and confirmed her having stayed with a friend in their apartment, and away from her address of record, due to an infestation in her apartment. When Ms. Linker was confronted as to her failure to advise the undersigned officer of her need to reside away from her residence as previously instructed, Ms. Linker admitted that she had forgotten the directive, advising that she had been suffering from memory loss recently. Ms. Linker was additionally confronted as to the presence of an early learning center that existed immediately next to the address, and that was well within 500 feet of the location. Ms. Linker initially indicated that she thought the building in question was vacant and under construction, but later clarified that she did not know what the building was. Ms. Linker admitted that she had not checked the area to ensure that the location was appropriate based on her conditions of supervised release before staying there and advised that she could not remember how long she had been staying at the residence, but she described that it was at least a few days, but not longer than a week.

2      **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

      **Supporting Evidence**: Ms. Linker is alleged to have violated standard condition number 13 on or about September 2 and September 3, 2025, by failing to advise the undersigned officer of her need to reside away from her address of record on a temporary basis, despite being previously directed to do so by the undersigned officer on multiple occasions.

      Specifically, on multiple occasions, the undersigned officer has directed and advised Ms. Linker that she is to notify the undersigned officer of any need to reside away from her address of record, even if only temporarily, so that compliance with Ms. Linker's imposed conditions of supervised release could be monitored and verified.

      On September 3, 2025, the undersigned officer learned that Ms. Linker had been residing away from her address of record. The undersigned officer further identified that the address in question existed immediately next to an early leaning center, that had been in operation for the current school year since August 18, 2025. Ms. Linker was contacted telephonically and was confronted as to that information as outlined herein. Ms. Linker admitted to having forgotten this officer's directive related to personal residency and admitted that she had not conducted a neighborhood inspection prior to residing at the location.

The U.S. Probation Office respectfully recommends the Court issue a **summons** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Linker, Monica Raeven
September 5, 2025
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 5, 2025

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other  - Set before Judge Bastian on Sept. 18, 2025 at 3:00 pm in Spokane, WA.

Signature of Judicial Officer

9/8/2025
Date