PROB 12C
(6/16)

Report Date:  March 12, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2026

SEAN F. McAVOY, CLERK

ECF No. 201

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Monica Raeven Linker          Case Number: 0980 4:19CR06002-SAB-1

Address of Offender: ███████  Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 21, 2021

Original Offense:      Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), (b)(1)

Original Sentence:     Prison - 60 Months;                Type of Supervision: Supervised Release
                       TSR - 120 Months

Asst. U.S. Attorney:   David Michael Herzog              Date Supervision Commenced: April 14, 2023

Defense Attorney:      Carter Liam Powers Beggs          Date Supervision Expires: April 13, 2033

---

## PETITIONING THE COURT

To issue a summons

On April 17, 2023, Ms. Monica Linker, signed her conditions relative to case number 4:19CR06002-SAB-1, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

**Supporting Evidence**: Ms. Linker is alleged to have violated standard condition number 8, by maintaining ongoing contact with a known felon in custody, on numerous occasions over the past "several" months, with contact occurring between the parties most recently on March 8, 2026.

On April 11, 2024, Ms. Linker appeared in Court for the purpose of revocation. During the hearing process, Ms. Linker presented through counsel a request to associate with her stated significant other, who remains in custody. The Court denied the request.

On February 28, 2026, collateral information was received, indicating that the subject had been engaging in maintained contact with her stated significant other, as referenced herein.

Prob12C

**Re: Linker, Monica Raeven**
**March 12, 2026**
**Page 2**

On March 10, 2026, Ms. Linker was contacted by U.S. probation officers in the community for the purpose of conducting a search of her Internet capable devices. During the search, evidence of the subject's contact with the individual in question was discovered. Ms. Linker was confronted as to the evidence discovered, and admitted the misconduct, indicating that she had engaged in ongoing contact with the individual on a multitude of occasions, dating back over the last "several" months.

Ms. Linker indicated that she had begun communication with the party to help her with her legal matters. Ms. Linker further admitted that she was aware that her conduct was in conflict with the Court's order, and multiple directives provided to her by the U.S. Probation Office. The search further revealed that Ms. Linker was collecting information on individuals in the community at the request of the individual in custody, and then providing located information back to the individual in custody. Ms. Linker admitted that she was unsure as to who some of the parties were, but she stated that she believed that the information that she was providing was to help the individual in her legal defense.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | March 12, 2026 |
| | s/ Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

3/12/2026
Date